3

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

LERON LIGGINS

          Defendant.

_____/

Case:2:18-cr-20071
Judge: Murphy, Stephen J.
MJ: Grand, David R.
Filed: 02-06-2018 At 03:12 PM
SEALED MATTER (LG)

Violations:  21 U.S.C. § 841(a)(1)
                  21 U.S.C. § 846

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

### 21 U.S.C. §§ 841(a)(1) AND 846:
### CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE HEROIN

In or about October 2015 through December 2015, in the Eastern District of Michigan, Southern Division, and elsewhere, LERON LIGGINS, defendant herein, did knowingly and intentionally, conspire and agree with others both known and unknown to the Grand Jury, to possess with intent to distribute and to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## FORFEITURE ALLEGATIONS

Pursuant to Fed.R.Cr.P. 32.2(a), the Government hereby provides notice to the defendant of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, all property that facilitated the commission of the violations alleged, or property traceable thereto, and all property involved in, or property traceable thereto, of the violations set forth in this indictment.

**THIS IS A TRUE BILL**

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

*s/ Andrea Hutting*
ANDREA HUTTING (P68606)
Assistant United States Attorney
211 West Fort Street, Ste. 2001
Detroit, MI 48226-3220
(313) 226-9110 phone
andrea.hutting@usdoj.gov

Dated: February 5, 2018

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cov** | Case:2:18-cr-20071<br>Judge: Murphy, Stephen J.<br>MJ: Grand, David R.<br>Filed: 02-06-2018 At 03:12 PM<br>SEALED MATTER (LG) |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp**

| **Companion Case Information** | **Companion Case Number:** 16-cr-20416 |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** Hon. Bernard A. Friedman |
| ☒ Yes ☐ No | **AUSA's Initials:** |

**Case Title:** USA v. Leron Liggins

**County where offense occurred :** Wayne County

**Check One:**    ☒ **Felony**        ☐ **Misdemeanor**        ☐ **Petty**

   ✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____        **Judge:** _____

   ☐ Corrects errors; no additional charges or defendants.
   ☐ Involves, for plea purposes, different charges or adds counts.
   ☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

February 5, 2018
Date

Andrea Hutting
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:313-226-9110
Fax:   313-226-3265
E-Mail address: Andrea.Hutting@usdoj.gov
Attorney Bar #: P68606

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.