UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
SEP 12 2019
CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LERON LIGGINS

        Defendant.

Criminal No: 18-20071

Honorable: Stephen J. Murphy, III

Violations: 21 U.S.C. § 841(a)(1)
21 U.S.C. § 846
18 U.S.C. § 2

/

## FIRST SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

21 U.S.C. §§ 841(a)(1) AND 846:
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE CONTROLLED SUBSTANCES

From an unknown date, but at least as early as 2015 through February 16, 2018, in the Eastern District of Michigan, Southern Division, and elsewhere, defendant LERON LIGGINS, did knowingly and intentionally, conspire and agree with others both known and unknown to the Grand Jury, to possess with intent to distribute and to distribute controlled substances, to include 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections

841(a)(1) and 846.

## COUNT TWO
## 21 U.S.C. § 841 AND 18 U.S.C. § 2
## POSSESSION WITH INTENT TO DISTRIBUTE HEROIN
## AIDING AND ABETTING

That on or about December 3, 2015, within the Eastern District of Michigan, Southern Division, defendant LERON LIGGINS, knowingly and intentionally aided and abetted another in possessing with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, , United States Code, Section 2.

## FORFEITURE ALLEGATIONS

Pursuant to Fed.R.Cr.P. 32.2(a), the Government hereby provides notice to the defendant of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, all property that facilitated the commission of the violations alleged, or property traceable thereto, and all property involved in, or property traceable thereto, of the violations set forth in this indictment.

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

Matthew Schneider
United States Attorney

2

*s/ Julie Beck*
Julie A. Beck
Assistant United States Attorney
Chief, Drug Task Force Unit

*s/ Andrea Hutting*
Andrea Hutting (P68606)
Assistant United States Attorney
211 West Fort Street, Ste. 2001
Detroit, MI 48226-3220
(313) 226-9110 phone
andrea.hutting@usdoj.gov

Dated: September 12, 2019

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>18-cr-20071 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: AH |

**Case Title:** USA v. Leron Liggins

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
_✓_Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** 18-20071        **Judge:** Stephen J. Murphy, III

☐ Corrects errors; no additional charges or defendants.
☒ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | 21 U.S.C. § 841 AND 18 U.S.C. § 2 | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

September 12, 2019
Date

*Andrea Hutting* (signature)
Andrea Hutting
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9110
Fax:    313-226-3265
E-Mail address: Andrea.Hutting@usdoj.gov
Attorney Bar #: P68606

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.