UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                        Case No. 2:18-cr-20071

v.

                                        Honorable Stephen J. Murphy, III

LERON LIGGINS,

        Defendant.

## **VERDICT FORM**

      We, the jury, unanimously find the following:

## **COUNT ONE**

**Question 1:** With respect to the charge in Count One of the First Superseding Indictment, which charges the defendant with conspiracy to possess with intent to distribute and to distribute controlled substances from an unknown date, but at least as early as 2015 through February 16, 2018, we the jury find:

_____ Not Guilty \_\_\_\_\_X\_\_\_\_\_ Guilty

If you answered guilty in response to Question 1, proceed to Question 2.

**Question 2**:  With respect to Count One, the amount of the mixture or substance containing a detectable amount of heroin was (indicate answer by checking one line below):

\_\_\_\_X_____ at least 100 grams

_____ less than 100 grams

## COUNT TWO

**Question 1**:  With respect to the charge in Count Two of the First Superseding Indictment for possession with intent to distribute heroin, aiding and abetting on or about December 3, 2015, we the jury find:

_____ Not Guilty ____X____ Guilty

If you answered guilty in response to Question 1, proceed to Question 2.

**Question 2**:  With respect to Count Two, the amount of the mixture or substance containing a detectable amount of heroin was (indicate answer by checking one line below):

____X____ at least 100 grams

_____ less than 100 grams

**s/Jury Foreperson**

In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

**s/Jury Foreperson**

In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.