UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

v.

LERON LIGGINS,

              Defendant.

                                          /

Case No. 2:18-cr-20071

HONORABLE STEPHEN J. MURPHY, III

**ORDER STRIKING
DEFENDANT'S MOTION FOR PEREMPTORY MANDAMUS [112]**

Defendant Leron Liggins was found guilty by a jury of conspiracy with intent to distribute and to distribute controlled substances, and aiding and abetting another in possessing with intent to distribute heroin. ECF 105, PgID 635. Defendant has been represented by counsel throughout the prosecution. *Id.*

The Court has twice stricken motions that were filed by Defendant on his own behalf because "'the Sixth Amendment . . . right of self-representation does not include the right to proceed in a hybrid manner' through both 'counsel and pro se' motions." ECF 87, PgID 430 (quoting *United States v. Dehar*, No. 07-20558, 2008 WL 4937855, at *1 (E.D. Mich. Nov. 14, 2008)); ECF 105, PgID 635 (same). Defendant has now filed, on his own, a "Peremptory Mandamus Compelling Rebuttal." ECF 112. For the same reasons set forth in the Court's prior orders, ECF 87; 105, the Court will strike the motion for peremptory mandamus and will instruct Defendant to seek relief from the Court through his attorney, Mr. Martin Crandall.

1

**WHEREFORE**, it is hereby **ORDERED** that the Clerk of the Court must **STRIKE** Defendant's motion for peremptory mandamus compelling rebuttal [112].

**SO ORDERED.**

s/ Stephen J. Murphy, III<br>
STEPHEN J. MURPHY, III<br>
United States District Judge

Dated: December 15, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 15, 2021, by electronic and/or ordinary mail.

s/ David P. Parker<br>
Case Manager