UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 18-cr-20071
Hon. Matthew F. Leitman

LERON LIGGINS,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS (ECF No. 153)

For the reasons explained on the record on June 24, 2024 (with the exception of the Court's discussion of *Herring v United States*, which played no role in the Court's final decision), and July 1, 2024, Defendant's Motion to Suppress is **DENIED**.

    **IT IS SO ORDERED.**

                                         s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
                                         UNITED STATES DISTRICT JUDGE

Dated: July 2, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 2, 2024, by electronic means and/or ordinary mail.

                                         s/Holly A. Ryan
                                         Case Manager
                                         (313) 234-5126